UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-22041-Civ-COOKE

1st SUN PROPERTIES, LLC,

      Plaintiff,
vs.

AH BISCAYNE INVESTOR, LLC,
BISCAYNE BOULEVARD PROPERTY
OWNER, LLC, and MAURICE
KAUFMAN,

      Defendants.
_____/

**ORDER ON MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION AND MOTION FOR COSTS AND ATTORNEY'S FEES**

THIS MATTER is before the Court on Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction and Motion for Costs and Attorney's Fees. (ECF No. 8). For the reasons stated at the March 28, 2018 hearing in this matter, it is hereby **ORDERED and ADJUDGED** as follows:

1. Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction (ECF No. 8) is **GRANTED**. This action is **REMANDED** to Florida state court.
2. Plaintiff's Motion for Costs and Attorney's Fees (ECF No. 8) is **DENIED**.
3. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 28th day of March 2018.

                                                        MARCIA G. COOKE
                                                        United States District Judge

Copies furnished to:
*Counsel of Record*